IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  2:06-mj-39-SRW |
| OMAR TORRES-VAZQUEZ, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed Counsel representing Omar Torres-Vazquez in the above-styled cause.

Respectfully submitted this 25th day of April, 2006.

                                              s/ Richard K. Keith
                                              **RICHARD K. KEITH  (KEI003)**
                                              Attorney for Defendant
                                              **KEITH & HAMM, PC**
                                              22 Scott Street
                                              Montgomery, AL  36104-4012
                                              Telephone: (334) 264-6776
                                              Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    A. Clark Morris, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

                                              s/ Richard K. Keith
                                              **OF COUNSEL**