### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.  2:06-mj-39-SRW |
| | ) | |
| **OMAR TORRES-VAZQUEZ,** | ) | |

### MOTION FOR TRANSLATOR FEES

COMES NOW, the defendant, Omar Torres-Vazquez, by and through counsel, and moves this Honorable Court to authorize the paid use of a translator to assist the defense attorney in his representation of the defendant.

In support thereof, the following is stated:

1. Defendant is a Mexican national.
2. Defendant's knowledge of English is extremely limited, far below that necessary for Defendant and his attorney to discuss defense matters in this case.
3. Defendant's court-appointed attorney speaks no Spanish.
4. The Court has a federally certified translator for all in-court matters. Said translator lives in Andalusia, Alabama, making it impracticable for her to be present at short notice conferences and other meetings between Defendant and defense counsel occurring out of Court.
5. Defendant's counsel believes the services of non-federally certified translators should be available at an estimated rate of $50.00 per hour. Defendant's counsel estimates that approximately 20 hours or more of translation services could be required out of Court, in the event this case proceeds to trial.

WHEREFORE, Defendant respectfully moves this Honorable Court to authorize the expenditure of up to $1,000.00 for payment for translation services in this case for discussions between Defendant and defense counsel, in out-of-court defense preparations and discussions.

Respectfully submitted, this 25th day of April, 2006.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & HAMM, PC**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    A. Clark Morris, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**